UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

FRANK AND CYNTHIA JULIAN,

        Plaintiffs,

v.

SANTANDER CONSUMER USA, INC.,

        Defendant.

No.: 1:12-CV-1199 (MAD) (TWD)

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

Plaintiffs Frank and Cynthia Julian hereby voluntarily dismiss all claims, counterclaims, and cross-claims against Defendant Santander Consumer USA, Inc. in the above-captioned action with prejudice and without costs to either party as against one another.

Dated: Albany, New York
       August 31, 2012

LAW OFFICES OF JAMES EDWARD GROSS

By: _____
    James Edward Gross
Bar Roll No.: 510361
90 State Street, Suite 700
Albany, New York 12207
(518) 591-4643

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: December 11th 2012
       Syracuse, NY